IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMELA MENDOZA,

      Plaintiff,                      No. CIV S-05-2283 DFL JFM PS

     vs.

PAUL SMITH,

      Defendant.                 <u>AMENDED ORDER</u>

_____/

        By order filed November 10, 2005, this matter was set for status conference on March 30, 2006 and the parties were directed to file status reports. On March 22, 2006, defendant filed a status report. Plaintiff has not filed a status report. The March 30, 2006 status conference will be vacated.

        Upon consideration of the defendant's status report on file in this action and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The March 30, 2006 status conference is vacated.

        2. The parties shall exchange lists of expert witnesses no later than June 30, 2006. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

/////

1

1            3.  Discovery shall be completed, and all motions pertaining to discovery shall be
2   noticed to be heard, by July 27, 2006.
3            4.  Dispositive motions shall be noticed to be heard by November 30, 2006.
4            5.  The pretrial conference is set for March 1, 2007 at 1:30 p.m. in courtroom
5   # 25.  Pretrial statements shall be filed pursuant to Local Rule 16-281.
6            6.  Court trial of this matter is set for June 4, 2007 at 9:00 a.m. in courtroom #7
7   before the Honorable David F. Levi.[1]  The parties shall file trial briefs pursuant to Local Rule 16-
8   285.
9   DATED:  March 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mendoza.so2

---

[1] Neither party requested trial by jury.

2