```
McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740
```

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELA MENDOZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER, Postmaster General; JAY RUBINO; and UNITED STATES POSTAL SERVICE<br><br>　　　　Defendants. | No. 2:05-CV-2283-DFL-JFM-PS<br><br><br>STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |

Pursuant to the terms of a written Settlement Agreement, and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice.  Pursuant to the terms of the Settlement Agreement, the Court will retain jurisdiction to enforce the terms of the Settlement Agreement.

DATED: September 26, 2006　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　By:    /s/ John F. Gisla
　　　　　　　　　　　　　　　　JOHN F. GISLA
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorneys for the United States

1

| | |
|---|---|
| 1 | DATED: September 22, 2006    /s/ Carmela Mendoza |
| 2 | CARMELA MENDOZA<br>Plaintiff Pro Per |

ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.  Pursuant to the terms of the Settlement Agreement, the Court will retain jurisdiction to enforce the terms of the Settlement Agreement.

All dates are vacated, specifically the March 1, 2007 pretrial conference set before the undersigned, and the June 4, 2007 court trial set before the Honorable David F. Levi.

DATED: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mendoza.set

2